IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE L. MORRISON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE BARNHART, | : | NO. 05-0352 |
| Commissioner, Social Security, | : | |
| Administration | : | |

ORDER

AND NOW, this 21st day of September 2005, upon consideration of the parties' cross motions for summary judgment and responses thereto, Magistrate Judge Smith's Report and Recommendation, defendant's objections, and plaintiff's response thereto, it is ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Defendant's motion for summary judgment is DENIED.

3. Plaintiff's motion for summary judgment is GRANTED in part and DENIED in part.

4. The case is REMANDED to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.